```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                     Criminal No. 03-380 RHK/AJB
```

UNITED STATES OF AMERICA)
                                    )
        Plaintiff,    )   ORDER   PERMITTING
                                    )   DESTRUCTION OF FIREARM
   v.                            )
                                    )
BOBBY D. BRAULT,         )
                                    )
        Defendant.    )

The Government's motion having been duly considered and it appearing that it is no longer necessary for the described firearm to be retained as evidence, and with no objection by defense counsel,

IT IS HEREBY ORDERED AND ADJUDGED that the Drug Enforcement Administration may destroy the Hi-Point Model CF380, .380 caliber semi-automatic pistol (Serial No. P766171), which was seized on October 24, 2003, from the residence of defendant's sister.

Dated: 6/24/05

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Court